IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERIC SWINK,**
**ADC #161772**                                                                                                           **PLAINTIFF**

**v.**            **Case No. 3:15-cv-405 KGB/JJV**

**BLAIN KAGGLE, Jailer,**
**Greene County Jail**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 3rd day of February, 2016.

_____
Kristine G. Baker
United States District Judge